UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Charmaine Goodman Murphy,

　　　　　　　　Plaintiff

v.

Walmart Inc.,

　　　　　　　　Defendant

Case No. 2:24-cv-01765-CDS-MDC

**Order Directing Parties to File a Joint Status Report or Dismissal**

In February 2026, the parties reached a confidential settlement of plaintiff Charmaine Murphy's claims. Notice, ECF No. 28. In turn, they were ordered to file either a stipulation of dismissal or a joint status report by March 18, 2026. Min. order, ECF No. 29. The parties timely complied, filing a status report requesting an additional ten days to file a stipulated dismissal. Joint report, ECF No. 30. Accordingly, the deadline to file either a dismissal document or a second joint status report was extended to March 30, 2026. Min. order, ECF No. 31. That deadline has now passed without any response.

It is therefore ordered that either a joint status report addressing settlement or a stipulation of dismissal must be filed by April 10, 2026.

Dated:  April 6, 2026

_____
Cristina D. Silva
United States District Judge